UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH P. CARSON, )
)
    Petitioner )
)
v. ) Civil Action No: 07-0649 (PLF)
)
U.S. OFFICE OF SPECIAL COUNSEL, )
)
    Respondent )
)
)

**RECEIVED**

APR 11 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION REQUESTING COURT TO ISSUE SHOW CAUSE ORDER INSTEAD OF SUMMONS

Because the Court has docketed this action as a petition for writ of mandamus the Petitioner respectfully requests the Court issue a Show Cause order, giving the respondent 21 days to respond (from when the show cause order is served). Petitioner understands this is a matter of Court discretion, but doing so would be similar to how related, cases were handled (Carson v. Office of Special Counsel, docket nos. 04-315, 06-1833, and 07-443.)

Respectfully Submitted,

Joseph P. Carson, P.E., pro se
10953 Twin Harbour Drive
Knoxville, TN 37934
863-300-5831

1

## Certificate of Service

I certify that the following documents for <u>Carson v. Office of Special Counsel</u>, docket no. 07-0649:

1. Motion requesting show cause order, with accompanying Order

was served, via commercial delivery, on

Attorney General of USA
950 Pennsylvania Ave, NW
Washington, DC 20530

US Attorney for the District of Columbia
Civil Process Clerk
555 Fourth St, NW
Washington, DC 20530

Office of Special Counsel
1730 M St, NW
Suite 218
Washington, DC 20036

_____
Joseph P. Carson
April 10, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH P. CARSON,                )
                                 )
    Petitioner                   )
                                 )  Civil Action No: 07-0649 (PLF)
       v.                        )
U.S. OFFICE OF SPECIAL COUNSEL,  )
                                 )
    Respondent                   )
                                 )
_____)

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

*Pro se* petitioner filed a petition for writ of mandamus on April 5, 2007.

Accordingly it is hereby

ORDERED that the respondent, by counsel, shall within 21 days of service of a copy of this Order and the application for a writ of mandamus file with the Court and serve on the petitioner a statement showing why the writ should not issue.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

1