UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OFFICE OF<br>   SPECIAL COUNSEL, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-0649 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER DIRECTING RESPONDENT TO SHOW CAUSE

*Pro se* plaintiff filed a complaint and petition for a writ of mandamus on April 9, 2007, and a motion requesting the Court to issue a show cause order on April 11, 2007. It is hereby

ORDERED that petitioner's motion requesting the Court to issue a show cause order [3] is GRANTED; and it is

FURTHER ORDERED that the respondent, by counsel, shall within 21 days of service of a copy of this Order and the complaint and application for a writ of mandamus file with the Court and serve on the petitioner a statement showing why the writ of mandamus should not issue.

SO ORDERED.

\_\_\_\_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 12, 2007