UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JOSEPH P. CARSON,                    )
                                     )
        Petitioner                   )
                                     )  Civil Action No: 07-0649 (PLF)
        v.                           )
OFFICE OF SPECIAL COUNSEL,           )
                                     )
        Respondent                   )
                                     )
                                     )
_____)

## AFFIDAVIT OF SERVICE OF SHOW CAUSE ORDER

I, Joseph Carson, hereby declare that on the 13th day of April 2007, I mailed

a copy of the show cause order and complaint, priority certified mail return receipt

requested, to the U.S. Office of Special Counsel, the Attorney General of the

United States, and the US Attorney for the District of Columbia.  Attached hereto

is a photocopy of the certified mail receipts and a computer print out showing

confirmation of delivery to the Attorney General on April 19, Office of Special

Counsel on April 16, and the US Attorney for District of Columbia on April 19.

Respectfully,

Joseph Carson
10953 Twin Harbour Drive
Knoxville, TN 37934                    April 19, 2007

1

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.05 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.30 |

Postmark Here    APR 13 2007    LAKE CITY TN    USPS    37769

Sent To U.S. OSC
Street, Apt. No.; or PO Box No. 1736 M St., N.W. Ste 218
City, State, ZIP+4 Washington, DC 20036

7006 3450 0000 6587 1275

PS Form 3800, August 2006    See Reverse for Instructions

---

agent, custome service

865-426-2453

426-2453 fax

426-8198 fax

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.05 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.30 |

Postmark Here    APR 13 2007    LAKE CITY TN    USPS    37769

Sent To U.S. Attorney, D.C.
Street, Apt. No.; or PO Box No. 555 fourth St, N.W.
City, State, ZIP+4 Washington, DC 20530

7006 3450 0000 6587 1336

PS Form 3800, August 2006    See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.05 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.30 |

Postmark Here    APR 13 2007    LAKE CITY TN    USPS    37769

Sent To Attorney General
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave, N.W.
City, State, ZIP+4 Washington DC 20530

7006 3450 0000 6587 1251

PS Form 3800, August 2006    See Reverse for Instructions

 **UNITED STATES POSTAL SERVICE®**

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0000 6587 1275**
Status: **Delivered**

Your item was delivered at 2:10 PM on April 16, 2007 in WASHINGTON, DC 20036.

**Track & Confirm**

Enter Label/Receipt Number.

*Go >*

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.      *Go >*



POSTAL INSPECTORS          site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy


**UNITED STATES POSTAL SERVICE**

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0000 6587 1251**
Status: **Delivered**

Your item was delivered at 4:46 AM on April 19, 2007 in WASHINGTON, DC 20530.

Additional Details >     Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.     Go >


POSTAL INSPECTORS       site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



 **UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0000 6587 1336**
Status: **Delivered**

Your item was delivered at 4:46 AM on April 19, 2007 in WASHINGTON, DC 20530.

*Additional Details >*    *Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.

*Go >*

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    *Go >*

 POSTAL INSPECTORS         site map    contact us    government services    jobs    **National & Premier Accounts** 
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy