UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, | ) |
| Petitioner | ) ) ) |
| v. | ) Civil Action No: 07-0649 (PLF) ) |
| OFFICE OF SPECIAL COUNSEL, | ) ) |
| Respondent | ) ) ) |

**AFFIDAVIT OF SERVICE OF SHOW CAUSE ORDER**

I, Joseph Carson, hereby declare that on the 13th day of April 2007, I mailed a copy of the show cause order and complaint, priority certified mail return receipt requested, to the U.S. Office of Special Counsel, the Attorney General of the United States, and the US Attorney for the District of Columbia. Attached hereto is a photocopy of the certified mail receipts and a computer print out showing confirmation of delivery to the Attorney General on April 19, Office of Special Counsel on April 16, and the US Attorney for District of Columbia on April 19.

Respectfully,

Joseph Carson
10953 Twin Harbour Drive
Knoxville, TN 37934                April 19, 2007

1

agent, customs service

865-426-2453
426-2453 fax
426-8198 fax

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.05 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.30 |

Postmark Here APR 13 2007 — 37769

7006 3450 0000 6587 1275

Sent To: U.S. OSC
Street, Apt. No.; or PO Box No.: 1730 M St, N.W. Ste 218
City, State, ZIP+4: Washington, DC 20036

PS Form 3800, August 2006       See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.05 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.30 |

Postmark Here APR 13 2007 — 37769

7006 3450 0000 6587 1336

Sent To: U.S. Attorney, D.C.
Street, Apt. No.; or PO Box No.: 555 Fourth St, N.W.
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, August 2006       See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.05 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.30 |

Postmark Here APR 13 2007 — 37769

7006 3450 0000 6587 1251

Sent To: Attorney General
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave, N.W.
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, August 2006       See Reverse for Instructions



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 3450 0000 6587 1275**
Status: **Delivered**

Your item was delivered at 2:10 PM on April 16, 2007 in WASHINGTON, DC 20036.

**Track & Confirm**

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0000 6587 1251**
Status: **Delivered**

Your item was delivered at 4:46 AM on April 19, 2007 in WASHINGTON, DC 20530.

*Additional Details >*    *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

*Go >*

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    *Go >*

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy





**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 3450 0000 6587 1336**
Status: **Delivered**

Your item was delivered at 4:46 AM on April 19, 2007 in WASHINGTON, DC 20530.

*Additional Details >*   *Return to USPS.com Home >*

### Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >


POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

4/19/2007