UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 07-0649 (PLF) |
| | ) |
| UNITED STATES OFFICE OF | ) |
| SPECIAL COUNSEL, | ) |
| | ) |
| Respondent. | ) |

### NOTICE OF APPEARANCE

Defendant, United States Office of Special Counsel, respectfully requests that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of May, 2007, I caused the foregoing Notice of Appearance to be served on Plaintiff:

Joseph P. Carson
10953 Twin Harbour Drive
Knoxville, TN  37934

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney