UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPH P. CARSON, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OFFICE OF <br> SPECIAL COUNSEL, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-0649 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) |

**RESPONDENT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE RESPONSE TO ORDER TO SHOW CAUSE**

Respondent, United States Office of Special Counsel, through its undersigned attorneys, hereby respectfully requests an enlargement of time, to and including May 15, 2007, within which to file a response to the Court's Order Directing Respondent To Show Cause (hereafter "Order To Show Cause") dated April 12, 2007.

Respondent was served with the Court's Order To Show Cause on April 16, 2007. The United States Attorney's Office was served on April 19, 2007. Therefore, Respondent's response is presently due on May 7, 2007. This is Respondent's first request for an enlargement of time for this purpose. Because Petitioner is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and Respondent, therefore, has not obtained his position as to the relief requested.[1]

There is good cause for this motion. Respondent's counsel has substantially completed a response to the Court's Order To Show Cause. However, the response cannot be finalized until it has been reviewed by personnel at the Office of Special Counsel. Additionally, Petitioner has

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties.

filed numerous motions and other documents in the numerous cases he now has pending in this Court, and Respondent's counsel must review and respond to these other filings appropriately. Thus, additional time is needed for the completion of Respondent's response in this case. Accordingly, undersigned counsel is requesting an extension of time until May 18, 2007, to respond to the Court's Order To Show Cause.

    For the foregoing reasons, Respondent respectfully requests that this motion for an enlargement of time be granted. A proposed order is included with this motion.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 2nd day of May, 2007, I caused the foregoing Motion for Enlargement of Time and proposed Order to be served by first class mail, postage prepaid, on:

Joseph P. Carson
10953 Twin Harbour Drive
Knoxville, TN 37934

            _____/s/_____
            JUDITH A. KIDWELL
            Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-649 (PLF) |
| ) | |
| UNITED STATES OFFICE OF ) | |
| SPECIAL COUNSEL, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

UPON CONSIDERATION OF Respondent's Motion for An Enlargement of Time to file a response to the Court's April 12, 2007, Order To Show Cause, any Opposition thereto, and the entire record herein, it is this _____ day of May, 2007,

**ORDERED** that Respondent's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Respondent shall have until and including May 18, 2007, to file a response to the Court's Order To Show Cause dated April 12, 2007.

_____
UNITED STATES DISTRICT JUDGE