UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-0649 (PLF) |
| ) | |
| UNITED STATES OFFICE OF ) | |
| SPECIAL COUNSEL, ) | |
| ) | |
| Respondent. ) | |

**RESPONDENT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE REPLY TO PETITIONER'S OPPOSITION TO MOTION TO
DISMISS AND RESPONSE TO PETITIONER'S MOTION
TO STAY PROCEEDINGS IN THIS CASE**

The Respondent, the United States Office of Special Counsel, through its undersigned attorneys, hereby respectfully requests an enlargement of time, to and including June 22, 2007, within which to file its reply to the Petitioner's opposition to the Respondent's motion to dismiss, and response to the Petitioners's motion to stay the proceedings in this case.

The Respondent was served with the Petitioner's opposition and motion on June 4, 2007. Therefore, the Respondent's reply and response are presently due on June 14 and June 22, 2007, respectively. This is the Respondent's first request for an enlargement of time for this purpose. Because the Petitioner is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and the Respondent, therefore, has not obtained his position as to the relief requested.[1]

There is good cause for this motion. In addition to his opposition, the Petitioner has

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties.

moved to stay the proceedings in this case[2] pending the outcome of an appeal now pending in the United States Court of Appeals for the Federal Circuit. Thus, additional time is needed to analyze the pending appeal to determine its applicability to this case and prepare a response to the Petitioner's motion. Accordingly, the Respondent is requesting an extension of time until June 22, 2007, to files its reply and to file the Respondent's response to the Petitioner's motion to stay the proceedings in this case.

For the foregoing reasons, the Respondent respectfully requests that this motion for an enlargement of time be granted. A proposed order is included with this motion.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

---

[2] He also moves to stay the proceedings in Civil Action No. 06-1833, but the Petitioner has failed to file such a motion in that case.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June, 2007, I caused the foregoing Motion for Enlargement of Time and proposed Order to be served by first class mail, postage prepaid, on:

Joseph P. Carson
10953 Twin Harbour Drive
Knoxville, TN 37934

                                                    _____/s/_____
                                                    JUDITH A. KIDWELL
                                                    Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 07-649 (PLF) |
| | ) |
| UNITED STATES OFFICE OF | ) |
| SPECIAL COUNSEL, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

UPON CONSIDERATION OF the Respondent's Motion for An Enlargement of Time to file its reply to the Petitioner's opposition to the Respondent's motion to dismiss and to file a response to the Petitioner's motion to stay the proceedings in this case, any opposition thereto, and the entire record herein, it is this _____ day of June, 2007,

**ORDERED** that the Respondent's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Respondent shall have until and including June 22, 2007, to file its reply to Petitioner's opposition and its response to the Petitioner's motion to stay proceedings in this case.

_____
UNITED STATES DISTRICT JUDGE