RECEIVED
JUN 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON,<br><br>　　　Petitioner<br><br>　　　v.<br>U.S. OFFICE OF SPECIAL COUNSEL<br><br>　　　Respondent | Civil Action No: 07-0649 (PLF) |

## REPLY TO OPPOSITION TO SUSPEND PROCESSING OF THIS CASE, PENDING OUTCOME OF RELATED CASE AT U.S. COURT OF APPEALS FOR FEDERAL CIRCUIT

In past two years, the Federal Circuit has ruled against MSPB in jurisdictional issues in at least two whistleblower appeals, in published decisions, that required MSPB to go forward with a whistleblower appeal hearing.

Petitioner is quite confident the Federal Circuit will set aside the MSPB decision in his pending appeal. In fact, petitioner would not be particularly surprised if MSPB does not even take issue with his arguments, that the involved agency actions were personnel actions, in its principal brief with the Federal Circuit, now due on July 11, 2007. MSPB, at the Full Board level, did not previously review the regional decision now being reviewed at the Federal Circuit. If it had, petitioner thinks it would have reversed the regional decision, but he think it would have taken longer and the results would be less sure, which is why

1

he appealed to the Federal Circuit directly, without Full Board review of the regional MSPB decision.

If that happens - if MSPB does not take issue with petitioner claims that the involved agency actions were personnel actions, petitioner will request OSC re-open the related PPP investigations. By law, OSC must act in petitioner's interest. OSC's reason for closing the PPP investigations was that "it did not think MSPB would think personnel actions occurred." If MSPB's principal brief in <u>Carson v. MSPB</u>, docket no. 2007-3134, is inconsistent with OSC's rationale for closing the involved PPP investigations, then OSC must re-open the involved PPP investigations. If it will not, he will either motion to amend Carson v. OSC, docket nos. 06-1833 and 07-649, or initiate an additional petition for writ of mandamus.

If the Court decides to go forward with its processing this action, that is fine with petitioner, he just wishes to keep the Court informed of the status of the related cases to prevent unnecessary expenditure of judicial resources.

Respectfully Submitted,

Joseph P. Carson, P.E., pro se
10953 Twin Harbour Drive
Knoxville, TN 37934
863-300-5831

2

# Certificate of Service

I certify that the following documents for <u>Carson v. Office of Special Counsel</u>, docket no. 07-0649:

1.  Reply to Opposition to motion to suspend processing of the case

was served, via first class mail, on:

OSC Representative:

Judith Kidwell
US Attorneys Office
555 Fourth St, NW
Room E4905
Washington, DC 20530

_____
Joseph P. Carson

June 12, 2007