UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH CARSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. OFFICE OF SPECIAL COUNSEL, )<br>)<br>Defendant. ) | Civ. Action No. 07-0649 (PLF) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Judith A. Kidwell.

Dated: October 3, 2007                    Respectfully submitted,


                                          /s/
                                          JUDITH A. KIDWELL

                                          /s/
                                          BLANCHE L. BRUCE
                                          D.C. Bar No. 960245
                                          Assistant United States Attorney
                                          555 Fourth St., N.W.
                                          Washington, D.C. 20530
                                          (202) 307-6078