UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH P. CARSON,<br><br>    Petitioner,<br><br>v.<br><br>U.S. OFFICE OF SPECIAL COUNSEL,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-0649 (PLF)<br>)<br>)<br>)<br>)<br>) |

ORDER

For the reasons set forth in the Memorandum Opinion issued this same day, it is hereby

ORDERED that respondent's motion to dismiss the petition [9] is GRANTED; it is

FURTHER ORDERED that petitioner's motion to suspend these proceedings [14] is DENIED; and it is

FURTHER ORDERED that the petition is DISMISSED. The Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a). Any other pending motions are denied as moot.

SO ORDERED.

                                                      _____/s/_____
                                                      PAUL L. FRIEDMAN
                                                      United States District Judge

DATE: February 19, 2008